SEALED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO CARBAJAL ALVIDREZ,<br><br>Defendant. | Case No.: 2:15-cr-155<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEDUENDUM FOR<br>FRANCISCO CARBAJAL ALVIDREZ<br>(ID#) 7012050 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **FRANCISCO CARBAJAL ALVIDREZ** before the United States District Court at Las Vegas, Nevada, on or about I/A & A/P Wed: 6/10/15 3:00 PM PAL 3B, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 2, 2015

_____
UNITED STATES MAGISTRATE JUDGE

```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANCISCO CARBAJAL ALVIDREZ, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:15-cr- 155<br><br>PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR FRANCISCO CARBAJAL ALVIDREZ (ID#) 7012050 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **FRANCISCO CARBAJAL ALVIDREZ**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **FRANCISCO CARBAJAL ALVIDREZ** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **FRANCISCO CARBAJAL ALVIDREZ** may be present before the United States District Court for the District of Nevada, at City, State, on __I/A & A/P Wed: 6/10/15  3:00 PM  PAL 3B__, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **FRANCISCO CARBAJAL ALVIDREZ** before the United States District Court on or about __I/A & A/P Wed: 6/10/15  3:00 PM  PAL 3B__, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

1   WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
2   Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
3   Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
4   them to produce the said **FRANCISCO CARBAJAL ALVIDREZ** before the United States
5   District Court on or about ___ I/A & A/P Wed: 6/10/15 3:00 PM PAL 3B ___, at the hour of 3:00 p.m., for
6   arraignment and from time to time and day to day thereafter, at such times and places as may be
7   ordered and directed by the Court entitled above, to appear before the Court, and when excused
8   by the said Court, to be returned to the custody of the Warden, Clark County Detention Center,
9   Las Vegas, Nevada.

DATED this 2nd day of June, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Susan Cushman*

SUSAN CUSHMAN
Assistant United States Attorney